UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235 FRINGE
BENEFIT FUNDS and THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235,

                                        Plaintiffs,      Rule 7.1

     -against-

CARMODY BUILDING CORP., and
ROSEANNE CANTISANI, individually,

                                       Defendants.
------------------------------------------------------------------X

08 CIV. 4817

JUDGE ROBINSON

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      None.

Dated: May 16, 2008

_____
Karin Arrospide, Esq. (KA9319)
Barnes, Iaccarino, Virginia, Ambinder & Shepherd
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515