**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

RECEIVED
JUN 17 2008
USDC-WP SDNY
SOUTHERN

Index # 08 civ 4817

STATE OF NEW YORK    UNITED STATES DISTRICT COURT

Trustees of the Laborers International Union of North America Local 235 Fringe Fringe Benefit Funds, et ano    Plaintiff

against

Carmody Building Corp., et ano    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____June 2, 2008_____, at _2:00pm_ at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

_____Carmody Building Corp._____

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __43__    Approx. Wt: __118__    Approx. Ht: __5'__

Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this

__4th__ day of __June, 2008__

Jessica Miller