AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:    May 23, 2008

FILE NO.:

INDEX NO.:

RECEIVED
JUN 16 2008
USDC-WP-CONY

TRUSTEES OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL
17 PENSION FRINGE BENEFIT FUNDS, ET AL,

-vs-

KENNEDY BUILDING CORP., ET AL.,

Plaintiff(s) - Petitioner(s)

Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF    WESTCHESTER

I, John Catlin    being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party
to this proceeding and resides in New York State.

June 5, 2008    at    12:31 PM

deponent served the within    SUMMONS IN A CIVIL ACTION & COMPLAINT

ROSEANNE CANTISANI, DEFENDANT

Address:    11 Tatomuck Rd.    City & State:    Pound Ridge, NY 10578

MANNER OF SERVICE

By delivering a true copy of each to said recipient personally;  deponent knew the person so served to be the
person described as said recipient therein

a    corporation, by delivering thereat a true copy of each to
personally, deponent knew said corporation so served to be the corporation, described in same as said
recipient and knew said individual to be    thereof

[X] by delivering thereat a true copy of each to    TONY CANTISANI (Spouse)    a person of suitable age and discretion.
Said premises is recipient's    dwelling place.

by affixing a true copy of to the door of said premises which is recipient's
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having
called there.  Deponent talked to    premises who stated that recipient

[X] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly
addressed to recipient at recipient's last known residence, at    11 Tatomuck Rd.    Pound Ridge, NY 10578
and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within
New York State.

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed
to recipient's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

[X] Deponent describes the person actually served as:
Sex:    MALE    Skin Color:    WHITE SKIN    Hair Color:    BROWN HAIR
Approx. Age:    36-50 YRS.    Approx. Height:    5'9"-6'0"    Approx. Weight:    OVER 200 LBS.
Other identifying features:

$    authorizing traveling expenses and one days' witness fee

[X] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative
reply.  Recipient wore ordinary clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above
narrated.  Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in
the Federal statutes.

Sworn to before me on    Jun 11 2008

AMY KING
Notary Public, State of New York

_____
JOHN CATLIN