*Robinson, J*

UNITED STATES DISTRICT COURT    ECF CASE
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LABORERS INTERNATIONAL ) 08 Civ 4817 (SCR)
UNION OF NORTH AMERICA LOCAL 235 FRINGE )
BENEFIT FUNDS and the LABORERS INTERNATIONAL)
UNION OF NORTH AMERICA LOCAL 235, )
                                              )  **NOTICE OF**
                                Plaintiffs,   )  **VOLUNTARY DISMISSAL**
        -against-                             )
                                              )
                                              )
CARMODY BUILDING CORP. and ROSEANNE           )
CANTISANI,                      Defendant.    )

---

In accordance with the provisions of Federal Rule of Civil Procedure 41(a)(1)(i), the Plaintiffs herein, by and through counsel, hereby voluntarily dismiss the above-entitled action as to the Defendant herein, without prejudice.

Dated: Elmsford, New York
       July 14, 2008

                        **BARNES, IACCARINO, VIRGINIA,**
                        **AMBINDER & SHEPHERD, PLLC**

                        *Karin Arrospide*

                        Karin Arrospide (KA9319)
                        Attorneys for Plaintiffs
                        258 Saw Mill River Road
                        Elmsford, New York 10523
                        (914) 592-1515

SO    ORDERED:

*Stephen C. Robinson*

U. S. D. J.

DATED: July 22, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED _____